IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
LaCHRISHA BASSETT, in her              *
capacity as the spouse of              *
JAMIE D. BASSETT, and                  *
LaCHRISHA BASSETT in her               *
capacity as Administrator of the       *
ESTATE OF JAMIE D. BASSETT,            *
                                       *
        Plaintiff,                     *
                                       *
v.                                     *     CV 112-049
                                       *
UNITED STATES OF AMERICA,              *
                                       *
        Defendant.                     *
```

**O R D E R**

Presently pending before the Court is the parties' stipulation of voluntary dismissal with prejudice. (Doc. no. 39.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the Court's Order dated March 6, 2014, the parties have agreed to the dismissal of the above-referenced action with prejudice. Accordingly, all of Plaintiff's claims asserted in this matter are **DISMISSED WITH PREJUDICE**. The Clerk shall terminate all deadlines and motions and **CLOSE** the case. Each party shall bear its own costs and attorney's fees.

**ORDER ENTERED** at Augusta, Georgia, this 18th day of March, 2014.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA